IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC. | | |
| Plaintiff, | | Civil Action No. 2:10-cv-569 |
| v. | | TJW |
| GEORGIO ARMANI S.P.A., ET AL. | | |
| Defendants, | | |

**PLAINTIFF'S ANSWER TO COUNTERCLAIMS OF
KNOW-WHERE SYSTEMS, INC.**

Plaintiff GEOTAG, INC. ("Geotag") answers Defendant KNOW-WHERE SYSTEMS,

INC.'s ("Defendant") "Answer, Affirmative Defenses, and Counterclaims to Plaintiff's

Complaint for Patent Infringement" (docket number 37) by corresponding paragraph number as

follows:

1.      Admitted as to place of incorporation and place of business.

2.      Admitted as to place of incorporation and place of business.

3.      Admitted that Defendant purports to assert counterclaims under the Federal

Declaratory Judgment Act. Admitted as to subject matter jurisdiction over counterclaims. Denied

as to merits of counterclaims.

4.      Admitted as to personal jurisdiction.

5.      Geotag reasserts its responses to paragraphs 1 to 4.

6.      Admitted as to a controversy for purposes of subject matter jurisdiction over

Defendant's counterclaims concerning infringement. Denied as to merits of counterclaims.

7.      Admitted that Defendant requests a declaration that it has not infringed any valid and enforceable claim of the patent. Denied that Defendant is entitled to any such relief. Denied as to merits of counterclaims.

8.      Geotag reasserts its responses to paragraphs 1 to 7.

9.      Admitted as to a controversy for purposes of subject matter jurisdiction over Defendant's counterclaims concerning invalidity. Denied as to merits of counterclaims.

10.     Admitted that Defendant requests a declaration that the patent is invalid. Denied that Defendant is entitled to any such relief. Denied as to merits of counterclaims.

11.     Denied.

12.     To the extent necessary, Geotag denies that Defendant is entitled to the relief requested in its prayer for relief. In addition, to the extent necessary, Geotag generally denies any allegations in the counterclaims not specifically admitted above, and Geotag realleges infringement, validity and damages, and denies any allegations in the counterclaims adverse to same.

PRAYER FOR RELIEF

WHEREFORE, Geotag respectfully requests that this Court enter judgment denying and dismissing Defendant's counterclaims, and that the Court enter judgment in favor of Geotag as requested in Geotag's complaint, as amended or supplemented.

May 11, 2011                                            Respectfully submitted,

                                                       COOPER & VAN CLEEF, PLLC

                                                       By: /s/ *Charles van Cleef*
                                                       Charles van Cleef
                                                       Texas Bar. No. 00786305

                                                       COOPER & VAN CLEEF, PLLC
                                                       500 N Second St.
                                                       Longview, TX 75601
                                                       (903) 248-8244
                                                       (903) 248-8249 fax
                                                       charles@coopervancleef.com

                                                       John J. Edmonds – Lead Counsel
                                                       Texas Bar No. 789758
                                                       Michael J. Collins
                                                       Texas Bar No. 4614510
                                                       Stephen F. Schlather
                                                       Texas Bar No. 24007993
                                                       COLLINS, EDMONDS & POGORZELSKI, PLLC
                                                       1616 S. Voss Road, Suite 125
                                                       Houston, Texas 77057
                                                       Telephone: (281) 501-3425
                                                       Facsimile: (832) 415-2535
                                                       jedmonds@cepiplaw.com
                                                       mcollins@cepiplaw.com
                                                       sschlather@cepiplaw.com

                                                       ATTORNEYS FOR PLAINTIFF
                                                       GEOTAG, INC.

CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

May 11, 2011                          /s/    *Charles van Cleef*
                                             Charles van Cleef

3