## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GEORGIO ARMANI S.P.A.,** *et al.* | **2:10-cv-00569-MHS-CMC** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**AROMATIQUE, INC.,** *et al.* | **2:10-cv-00570-MHS-CMC** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GUCCI AMERICA, INC.,** *et al.* | **2:10-cv-00571-MHS-CMC** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**STARBUCKS CORP.,** *et al.* | **2:10-cv-00572-MHS-CMC** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**RENT-A-CENTER, INC.,** *et al.* | **2:10-cv-00573-MHS-CMC** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**THE WESTERN UNION COMPANY,** *et al.* | **2:10-cv-00574-MHS-CMC** |

| | |
|---|---|
| GEOTAG, INC., <br><br> v. <br><br> ROYAL PURPLE, INC., *et al.* | 2:10-cv-00575-MHS-CMC |
| GEOTAG, INC., <br><br> v. <br><br> YAKIRA, L.L.C., *et al.* | 2:10-cv-00587-MHS-CMC |
| GEOTAG, INC., <br><br> v. <br><br> WHERE 2 GET IT, INC., *et al.* | 2:11-cv-00175-MHS-CMC |

## GEOTAG, INC.'S RESPONSE TO
## MOVANTS' NOTICE OF ADDITIONAL AUTHORITY

Defendants have submitted Magistrate Judge Craven's decision in *Datatern, Inc. v. Staples, Inc.*, No. 2:10-CV-133 (E.D. Tex. March 12, 2012), in support of their Motion to Stay. *See* Dkt. 493 in Civil Action No. 2:10-cv-00574-MS.  Magistrate Judge Craven's decision in *Datatern*, however, does not support Defendants' Motion.  The factual differences between *Datatern* and this case render *Datatern* distinguishable.  For example:

- In *Datatern*, the Plaintiff's infringement contentions "are based on Defendant's use of SAP BusinessObjects and Microsoft ADO.NET software for its intended use of interfacing with software applications and relational databases."  In addition, "Defendants assert that they are merely licensors of software from Microsoft and SAP."  Order at 7-8.  In this case, GeoTag's infringement contentions against Defendants are not based on their use of Microsoft or Google products, and the Moving Defendants have failed to show that this is the case.  GeoTag's evidence shows that several Defendants use store locator technology provided by third parties other than Microsoft or Google and merely use maps provided by Microsoft or Google to display the end results of the store locator search process.

- In *Datatern*, the plaintiff agreed to assert the same claims in the New York action

as it was asserting in the Texas litigation and Magistrate Judge Craven concluded that the declaratory judgment action in New York involving Microsoft and SAP would "'settle many [issues] and simplify them all'" for all the defendants in that case.   Order at 9.   In this case, the Delaware declaratory judgment action involving Microsoft and Google will not settle any infringement or damages issues regarding hundreds of Defendants in this case who are not customers of Microsoft or Google, and will not even settle such issues regarding most, if not all, of the Defendants who are "customers" of Microsoft and Google in some fashion.

- In *Datatern*, the New York court refused to dismiss or stay the declaratory judgment litigation pending before it.   Order at 6.   In this case, the Delaware Court recently transferred to this Court the declaratory judgment action filed by Where2GetIt, declining to retain jurisdiction over that case under the "customer suit exception."   Thus, GeoTag's claims against any customers of Where2GetIt can be resolved **only** in this Court.

Dated:  April 3, 2012

Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By:   */s/ Eric W. Buether*
Christopher M. Joe (Lead Counsel)
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
Mark D. Perantie
State Bar No. 24053647
Mark.Perantie@BJCIPLaw.com
Niky Bukovcan
WA State Bar No. 39403
Niky.Bukovcan@BJCIPLaw.com
Monica Tavakoli
State Bar No. 24065822
Monica.Tavakoli@BJCIPLaw.com

1700 Pacific Avenue
Suite 2390
Dallas, Texas 75201
Telephone:     (214) 466-1272
Facsimile:     (214) 635-1828

**NI LAW FIRM, PLLC**

Hao Ni
State Bar No. 24047205
hni@nilawfirm.com

3102 Maple Avenue
Suite 400
Dallas, Texas  75201
Telephone:      (214) 800-2208
Facsimile:       (214) 800-2209

**ATTORNEYS FOR PLAINTIFF
GEOTAG, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 3rd day of April, 2012.  Any other counsel of record will be served by facsimile transmission.

*/s/ Eric W. Buether*
Eric W. Buether