# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC. | § |
|  | § |
| PLAINTIFF, | § |
|  | § CIVIL ACTION NO. 2:10-cv-00569 |
| v. | § |
|  | § |
| GEORGIO ARMANI S.P.A, ET AL. | § |
|  | § JURY TRIAL DEMANDED |
| DEFENDANTS. | § |
|  | § |

## AGREE MOTION FOR DISMISSAL
## WITHOUT PREJUDICE OF XIONETIC TECHNOLOGIES, INC.

WHEREAS, Plaintiff GeoTag, Inc. ("GeoTag") pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby moves for an order dismissing WITHOUT PREJUDICE all claims and counterclaims between GeoTag and Xionetic Technologies, Inc. ("Xionetic") asserted in this case.

NOW, THEREFORE GeoTag through its attorneys of record, request this Court to dismiss all claims and counterclaims between GeoTag and Xionetic, without prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: June 13, 2012

Respectfully submitted,

By: */s/ Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Stevenson Moore
Texas bar No. 24076573
smoore@nilawfirm.com

**Ni Law Firm, PLLC**
3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: 214/800-2208

              Fax: 214/800-2209

              BUETHER JOE & CARPENTER, LLC
              Christopher M. Joe
              Texas State Bar No. 00787770
              E-mail: Chris.Joe@bjciplaw.com
              Eric W. Buether
              Texas State Bar No. 03316880
              E-mail: Eric.Buether@bjciplaw.com
              Brian A. Carpenter
              Texas State Bar No. 03840600
              E-mail: Brian.Carpenter@bcjiplaw.com
              Mark D. Perantie
              Texas State Bar No. 24053647
              E-mail: Mark.Perantie@bjciplaw.com
              Niky Bukovcan
              Washington State Bar No. 39403
              E-mail: Niky.Bukovcan@bjciplaw.com

              1700 Pacific Avenue, Suite 4750
              Dallas, Texas 75201
              Phone: (214) 466-1272
              Fax: (214) 466-1828

              **ATTORNEYS FOR PLAINTIFFS**
              **GEOTAG INC. AND GEOTAG, INC.**

## **CERTIFICATE OF SERVICE**

   I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this day, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


Dated:   June 13, 2012              /s/ *Stevenson Moore*
                         Stevenson Moore

## **CERTIFICATE OF CONFERENCE**

   I hereby certify that counsel for GeoTag conferred with bankruptcy council for Xionetic and Xionetic is agreed to the motion.


Dated:   June 13, 2012              /s/ *Stevenson Moore*
                         Stevenson Moore